Roberto MONTANO DE
JESUS, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–70716.

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 7, 2011.

Roberto Montano De Jesus, San Leandro, CA, pro se.

Jeffrey Lawrence Menkin, OIL, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM **

Roberto Montano de Jesus, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying deferral of removal under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Lemus–Galvan v. Mukasey,* 518 F.3d 1081, 1084 (9th Cir. 2008), and we deny the petition for review.

Substantial evidence supports the agency's denial of deferral of removal because Montano de Jesus did not establish it is more likely than not he would be tortured if returned to El Salvador. *See* 8 C.F.R. §§ 1208.16(c)(2), 1208.17(a) (deferral of removal requires alien to show it is more likely than not he would be tortured).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.